# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JENNIFER JOSEPH,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| | **1:21-CV-1160-SCJ-CCB** |
| v. | |
| **ADECCO USA, INC. and** | |
| **LUXOTTICA OF AMERICA INC.,** | |
| **Defendants.** | |

## ORDER

This matter is before the Court for consideration of the parties' joint motion to stay the proceedings pending arbitration. (Doc. 8). The motion states that the parties have agreed in a written agreement that any claims arising out of an employment relationship would be resolved by binding arbitration. *Id.* at 1–2.

The motion to stay pending arbitration is **GRANTED**. Because the case is being stayed pending arbitration, the Clerk is **DIRECTED** to administratively close this action. This closure is for administrative purposes only and is not a dismissal. The parties are **ORDERED** to file a status report with the Court and

move to reopen the case within ten days of the final disposition of the arbitration proceedings or, alternatively, Plaintiff may file a notice of dismissal if the case resolved in arbitration.

If the arbitration has not concluded by July 21, 2021, the parties are **ORDERED** to file a status report on that date and every 90 days thereafter until the arbitration is concluded.

**IT IS SO ORDERED,** this 21st day of April, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE