**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JENNIFER JOSEPH, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:21-cv-01160-SCJ-CCB |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ADECCO USA, INC. and LUXOTTICA | ) | |
| OF AMERICA INC., | ) | |
| | ) | |
| Defendants. | | |

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff Jennifer Joseph and Defendants Adecco USA, Inc. and Luxottica of

America Inc., by and through their undersigned counsel of record, hereby stipulate

and agree to the dismissal with prejudice of all claims in the above captioned action.

All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 21st day of February, 2022.

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
**BARRETT & FARAHANY**
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
severin@justiceatwork.com

*Counsel for Plaintiff*

s/ *Matthew W. Clarke*
Matthew W. Clarke
Georgia Bar No. 127430
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
mclarke@sgrlaw.com

*Counsel for Adecco USA, Inc.*

*/s/ Kathryn S. McConnell*
Kathryn S. McConnell
Georgia Bar No. 265509
Jennifer B. Miller
Georgia Bar No. 614520
**LITTLER MENDELSON, P.C.**
3424 Peachtree Rd., NE
Suite 1200
Atlanta, Georgia 30326-1127
Telephone: (404) 233-0330
Facsimile: (404) 233-2361
kmcconnell@littler.com
jbmiller@littler.com

*Counsel for Luxottica of America Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JENNIFER JOSEPH,     )
           )  Civil Action No.
  Plaintiff,      )  1:21-cv-01160-SCJ-CCB
           )
v.          )
           )  JURY TRIAL DEMANDED
ADECCO USA, INC. and LUXOTTICA )
OF AMERICA INC.,    )
           )
  Defendants.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record

Respectfully submitted this 21th day of February, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504